MN,ND-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5
For Deposit To Registry Fund

Debtor:   Steven Lyle Mortland
Chapter 7 Case No.  09-43419

Please Check One:
_ Unclaimed Dividends

X Distribution Less Than $5

| Name & Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| MNGI Endoscopy Assoc.<br>SDS 12-1967<br>Minneapolis, MN  55486 | 2 | $514.86 | $1.07 |
| Mpls Clinic of Neurology<br>SDS 1934 P O Box 86<br>Minneapolis, MN  55486 | 4 | $667.76 | $1.39 |
|  |  |  |  |
|  |  |  |  |

DATE:  April 14, 2011

/e/ Brian F. Leonard
Brian F. Leonard, Trustee
100 S. Fifth Street, Ste.2500
Minneapolis, MN  55402
(612) 332-1030

356179